DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
rdustin@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF IDAHO

| | |
|---|---|
| CECILIA AVILA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IDAHO KIDNEY CENTER - BLACKFOOT, LLC, a Delaware limited liability company; LIBERTY DIALYSIS GROUP, LLC, a Delaware limited liability company; and FRESENIUS MANAGEMENT SERVICES, INC., a Delaware corporation; FRESENIUS USA, INC. D/B/A FRESENIUS MEDICAL CARE NORTH AMERICA, a Massachusetts corporation;<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00567-CWD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

　　　　PLEASE TAKE NOTICE that Plaintiff, Cecilia Avila ("Plaintiff"), by and through her counsel of record, Casperson Ulrich Dustin PLLC, pursuant to Rule 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants Idaho Kidney Center - Blackfoot, LLC; Liberty Dialysis Group, LLC; Fresenius Management Services, Inc.; and Fresenius USA, Inc. d/b/a Fresenius Medical Care North America set forth in the Complaint and Demand for Jury Trial with prejudice.

DATED this 2nd day of June, 2021.    /s/
                                              Amanda E. Ulrich, Esq.
                                              CASPERSON ULRICH DUSTIN PLLC

2 - NOTICE OF DISMISSAL WITH PREJUDICE